UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-25251-CIV-CANNON

NICHELLE WALDEN,

    Plaintiff,

v.

POLLO OPERATIONS, INC., d/b/a
POLLO TROPICAL,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Nichelle Walden and Defendant Pollo Operations, Inc. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 21st day of February, 2022.

| | |
|---|---|
| *s/ Nathaly Saavedra* | *s/ Paul De Boe* |
| Nathaly Saavedra, Esq. | David M. DeMaio, Esq. |
| Fla. Bar No. 118315 | david.demaio@ogletreedeakins.com |
| Email: nathaly@peregonza.com | Paul J. De Boe, Esq. |
| PEREGONZA THE ATTORNEYS, PLLC | paul.deboe@ogletreedeakins.com |
| 1414 NW 107th Ave, | OGLETREE, DEAKINS, NASH, SMOAK & |
| Suite 302 | STEWART, P.C. |
| Doral, FL 33172 | Two Datran Center |
| Tel. (786) 650-0202 | 9130 South Dadeland Boulevard, Suite 1625 |
| Fax. (786) 650-0200 | Miami, Florida 33156 |
| *Counsel for Plaintiff* | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| | *Counsel for Defendant* |